FILED
U.S. [illegible] COURT
[illegible]
2005 JUN 10 PM 2:29
CLERK [signature]
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| JOHN F. ARMSTRONG; SAMUEL BURTON; MIKE KARAMOLENGOS; ROBIN MATZ; ROBERT PEARSON; ALFRED REESE; STEVE SNIPES; JOHN B. WELLS; JASON JOHNSON; MATTHEW WODDARD; TRANSPORTATION INSURANCE COMPANY, | |
| Plaintiffs, | |
| vs. | CIVIL ACTION NO.: CV202-085 |
| DURANGO GEORGIA PAPER CO., | |
| Defendant and Third Party Plaintiff, | |
| vs. | |
| NORTH AMERICAN KILN SERVICE, LLC., | |
| Third Party Defendant. | |

## ORDER

Defendant Durango Georgia Paper Company has filed a Motion in Limine (Doc. 121) to exclude the testimony of Expert Fredric Gerr, M.D. Plaintiffs have filed a response. After review and consideration, Defendant Durango's Motion in Limine is **DENIED**.

SO ORDERED, this 10th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE