In the United States District Court
for the Southern District of Georgia
Brunswick Division

| | | |
|---|---|---|
| JOHN F. ARMSTRONG, SAMUEL BURTON, MIKE KARAMOLENGOS, ROBIN MATZ, ROBERT PEARSON, ALFRED REESE, STEVE SNIPES, JOHN B. WELLS, JASON JOHNSON, MATTHEW WOODARD, and TRANSPORT INSURANCE COMPANY/CNA, | : : : : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| DURANGO GEORGIA PAPER COMPANY, | : | |
| Defendant. | : | NO. CV202-085 |

## O R D E R

Presently before the Court is Defendant's motion to reinstate the automatic stay under the Bankruptcy Code, pursuant to 11 U.S.C. § 362.

On March 5, 2004, Judge Lamar W. Davis, Jr., United States Bankruptcy Court for the Southern District of Georgia, lifted

the stay as to Plaintiffs' claims in this matter "to the extent of insurance proceeds, if any[.]" Doc. No. 144, Ex. A at 2.

On June 9, 2005, an attorney representing Defendant's insurer, American International Specialty Lines Insurance Company ("AISLIC"), issued a letter denying coverage for the claims that are the subject of the instant dispute. On June 16, 2005, Defendant moved to reinstate the bankruptcy stay, contending that AISLIC's disclaimer of coverage precluded the case from proceeding to trial.

Plaintiffs assert that AISLIC's disclaimer of coverage is invalid. Moreover, Plaintiffs argue that they have expended substantial resources conducting discovery over the past year, and that a stay due to the insurer's dilatory denial of coverage would cause them to suffer substantial prejudice.

In sum, it is not yet clear whether AISLIC's disclaimer of coverage was justified, or was a breach of the insurance contract. If Plaintiffs prevail at trial, they may then litigate the validity of AISLIC's denial of coverage. Such a course is not foreclosed by the Bankruptcy Judge's order, and the Court finds that, considering all the facts, reimposition of the automatic stay is not warranted.

AO 72A
(Rev. 8/82)

Defendant's motion to reinstate the bankruptcy stay is **DENIED**. See Doc. No. 144.

**SO ORDERED**, this ___23___ day of June, 2005.

*Anthony A. Alaimo*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)