

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN F. ARMSTRONG; SAMUEL
BURTON; MIKE KARAMOLENGOS;
ROBIN MATZ; ROBERT PEARSON;
ALFRED REESE; STEVE SNIPES;
JOHN B. WELLS; JASON JOHNSON;
MATTHEW WODDARD;
TRANSPORTATION INSURANCE
COMPANY,

    Plaintiffs,

vs.       CIVIL ACTION NO.: CV202-085

DURANGO GEORGIA PAPER CO.,

    Defendant and
    Third Party Plaintiff,

vs.

NORTH AMERICAN KILN SERVICE,
LLC.,

    Third Party Defendant.

## ORDER

Defendant Durango Georgia Paper Company ("Durango") has filed a Motion in Limine to Limit the Testimony of Plaintiffs' Expert, Fredric Gerr, M.D. Plaintiffs have filed a response and Durango has replied. After review, Durango's Motion in Limine to Limit the Testimony of Plaintiffs' Expert, Fredric Gerr, M.D. is **DENIED** at this time. While Dr. Gerr may not have the expertise to testify as to specific psychological injuries, psychiatric injuries, mental disorders and/or mood disorders, he does have the expertise required to testify that,

AO 72A
(Rev. 8/82)

in his opinion, exposure to chlorine and chlorine dioxide gases can cause psychological problems.

**SO ORDERED**, this 27th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)