IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN F. ARMSTRONG; SAMUEL
BURTON; ROBIN MATZ, and
ROBERT PEARSON,

    Plaintiffs,

vs.

DURANGO GEORGIA PAPER CO.,

    Defendant.

CIVIL ACTION NO.: CV202-085

### ORDER

Defendant has filed objections to the Plaintiffs' exhibits. After review and consideration, the Court rules as follows:

Defendant objects to the admission of Plaintiffs' Exhibits 3, 6, and 7 asserting that Plaintiffs have not established the substantial similarity required for their admission, and that any probative value is outweighed by the danger of unfair prejudice. Defendant's objection is **sustained** at this time. Each of these exhibits will be admitted only if Plaintiffs can establish that the incident set forth therein is substantially similar to the incident occurring on June 2, 2000.

Defendant objects to Plaintiffs' Exhibits 12, 13, 14, and 15. Defendant asserts that said exhibits are irrelevant. Defendant's objections to these exhibits are **sustained** at this time. Each exhibit will be allowed only if relevancy is established at trial.

**SO ORDERED**, this 1st day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)