AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN F. ARMSTRONG, SAMUEL
BURTON, ROBIN MATZ, AND
ROBERT PEARSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV202-85

DURANGO-GEORGIA PAPER CO.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict, judgment is hereby entered in favor of Defendant DURANGO-GEORGIA PAPER CO. and against the Plaintiffs JOHN F. ARMSTRONG, SAMUEL BURTON, ROBIN MATZ, and ROBERT PEARSON. Said Defendant shall have and recover their costs of Court, in their behalf expended, such costs to be taxed by the Clerk of this Court.

Approved by: _____
            USDJ

August 28, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03