IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MIKE KARAMOLENGOS; ALFRED REESE; STEVE SNIPES; JOHN B. WELLS; and TRANSPORTATION INSURANCE COMPANY, | CIVIL ACTION NO.: CV202-085 |
| Plaintiffs, | |
| vs. | |
| DURANGO GEORGIA PAPER CO., | |
| Defendant. | |

## ORDER

Plaintiff Steve Snipes has filed a Motion in Limine (Doc. 256) seeking an Order declaring that Dr. Scott Phillips and Dr. David C. Snyder are not qualified to testify as expert witnesses. Defendant has filed a response. The Motion in Limine filed by Plaintiff Steve Snipes is **DENIED**. The issues raised by Plaintiff Snipes may be appropriate lines of inquiry to contest the believability of the testimony of each witness on cross-examination; however, those issues do not impact the admissibility of said testimony.

**SO ORDERED**, this 3 day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)