# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 OCT 13 A 9 49
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| STEVE SNIPES, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| DURANGO GEORGIA PAPER CO., | : | |
| Defendant. | : | NO. CV202-085 |

### O R D E R

The Court, having been advised by counsel for the parties that the above action has been settled as between Plaintiff, Steve Snipes, and Defendant, Durango Paper Co.,

**IT IS ORDERED** that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this 13TH day of October, 2006.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)