IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MIKE KARAMOLENGOS, ALFRED REESE, JOHN B. WELLS, and TRANSPORTATION INSURANCE COMPANY/CNA,<br><br>    Plaintiffs,<br><br>v.<br><br>DURANGO-GEORGIA PAPER COMPANY,<br><br>    Defendant | CIVIL ACTION FILE<br><br>NO.: CV202-85 |

FILED
U.S. DISTRICT COURT

2006 NOV 15 A 11:02

*F. LaVictoire*

### ORDER

The Motion to Substitute Party filed by Vea-Marie Reese, having been read and duly considered, the same is **GRANTED**, and

**IT IS ORDERED AND DECREED** that Vea-Marie Reese, as Administratrix of the Estate of Alfred J. Reese, is hereby substituted in place of Alfred Reese and is made a plaintiff in the above-styled case.

The caption of the above-styled case shall henceforth be changed to reflect this substitution.

**SO ORDERED**, this 15th day of November, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
CHARLES L. WILKINSON, III
LOCAL COUNSEL FOR PLAINTIFFS
KARAMOLENGOS, REESE, and WELLS
GA BAR NO.: 759875


2050 Walton Way, Suite 202
Augusta, Georgia 30904
(706) 737-0771