IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 NOV 30 P 12: 43
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| JOHN B. WELLS, AND<br>TRANSPORTATION INSURANCE<br>COMPANY/CNA,<br><br>        Plaintiffs,<br><br>v.<br><br>DURANGO-GEORGIA PAPER<br>COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. CV202-85 |

## ORDER

Plaintiff John B. Wells and Defendant Durango Georgia Paper Company's "Consent Motion for a Trial on Briefs" having come before this Court, said Motion is hereby GRANTED.

The parties shall submit briefs with reference to any relevant, admissible evidence for a decision by the Court on the issues of liability and damages in this matter on the following schedule:

**Filing Date for Brief**

1.  Plaintiff's case in chief:        December 15, 2006

2.  Defendant's case:                 December 30, 2006

3.  Plaintiff's rebuttal:             January 15, 2007

SO ORDERED this  30  day of November, 2006.

_____
The Honorable Anthony A. Alaimo
United States District Judge
Southern District of Georgia
Brunswick Division