IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| STEVE SNIPES AND TRANSPORTATIO INS. CO./CNA<br>Plaintiff | ) ) ) ) ) | |
| vs. | ) ) | CASE NUMBER :   CV202-85 |
| DURANGO-GEORGIA PAPER CO. | ) ) ) | |
| Defendant | ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that ___Durango-Georgia Paper Company___ has deposited with the Court the sum of $ __100,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __22nd__ day of ____December____ , __2006__ , by Order of this Court.

SCOTT L. POFF , CLERK

By /s/ _____
Deputy Clerk

(Rev. 9/02)