# United States District Court
## *Southern District of Georgia*
### Brunswick Division

JOHN F. ARMSTRONG, ET AL )

)

vs ) CASE NUMBER CV 202-85

)

DURANGO-GEORGIA
PAPER COMPANY )

)

### ORDER

The above captioned case having come on for jury trial the week of __August 21, 2006__ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to __counsel for defendant__, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

Joint exhibits 1-7, 9-28B, 29-34, 36-80, 82-89 and Defendant exhibits 1,2,4 and 5.

**SO ORDERED**, this __31__ day of __January__, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA