IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 15  P 2:34

CLERK
S. DIST. OF GA.

| | |
|---|---|
| MIKE KARAMOLENGOS; ALFRED REESE; STEVE SNIPES; JOHN B. WELLS; and TRANSPORTATION INSURANCE COMPANY/CNA, | CIVIL ACTION NO.: CV202-085 |
| Plaintiffs, | |
| vs. | |
| DURANGO GEORGIA PAPER CO., | |
| Defendant. | |

## ORDER

Defendant Durango Georgia Paper Company ("Durango") filed a Motion in Limine seeking the exclusion of the following evidence from the trial involving the June 4th Plaintiffs: 1) any testimony or documentary evidence related to the June 2nd Plaintiffs' alleged exposure to chlorine dioxide on June 2, 2000; 2) any testimony or documentary evidence related to any release of chlorine, chlorine dioxide, or other substance other than on June 4, 2000, or any incident reported to the Georgia Environmental Protection Agency or the Occupational Safety and Health Administration; and 3) any information as to alleged state or federal regulatory non-compliance not related to the alleged June 4, 2000, incident at issue or reflected in the records kept by Durango in the normal course of business.

AO 72A
(Rev. 8/82)

At the time Durango filed its Motion, the parties were still anticipating going to trial in this case. However, the parties have since agreed and have filed briefs for the Court's consideration to dispose of this case. The necessity for considering the relevance or admissibility of the evidence Durango seeks to exclude is no longer an issue before the Court, as this case will not be presented for a jury's consideration. In analyzing the parties' briefs, the Court will consider only relevant and admissible evidence. Durango's Motion in Limine (Doc. No. 255) is **DISMISSED**.

**SO ORDERED**, this 15th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE